**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11   JEFFREY SOKOL and VALERIE SOKOL,          No. C-13-02153 DMR

12              Plaintiff(s),              **ORDER TAKING MOTION TO DISMISS [DOCKET NO. 7] UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

13        v.

14   JPMORGAN CHASE BANK, NA, et al.,

15              Defendant(s).
                                        /
16

17   TO ALL PARTIES AND COUNSEL OF RECORD:

18        The court has received Defendants' Motion to Dismiss [Docket No. 7], and finds that the

19   matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).

20   Accordingly, the July 11, 2013 hearing on the motion is hereby **VACATED**.  The court will issue a

21   written order on the motion.

22

23        IT IS SO ORDERED.

24

25   Dated: July 9, 2013

26                                        _____

27                                        DONNA M. RYU
                                          United States Magistrate Judge
28